**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7364

NAARL RICHARD,

                    Petitioner – Appellant,

          v.

J. AL CANNON, JR.,

                    Respondent – Appellee,

          and

MATTHEW J. MODICA, USASC; JAMES R. DUFFY, DEA US,

                    Respondents.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Joseph F. Anderson, Jr., District
Judge.  (0:11-cv-01192-JFA)

Submitted:  January 31, 2012        Decided:  February 3, 2012

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Naarl Richard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Naarl Richard, a federal prisoner, appeals the district court's order adopting the magistrate judge's report and recommendation and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Richard v. Cannon, No. 0:11-cv-01192-JFA (D.S.C. Oct. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED